# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 08-46367 |
| ARC Venture Holding, Inc., et al., | Chapter 7 (Jointly Administered) |
| Debtors.[a] | |
| Brian F. Leonard, Trustee, | Adv. No.: 10-4549 |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME** |
| Texas Comptroller of Public Accounts, | |
| Defendant. | |

The Plaintiff, Brian F. Leonard, Trustee, and Defendant Texas Comptroller of Public Accounts, by their attorneys, enter into this Stipulation.

Whereas, Brian F. Leonard, Trustee, commenced this adversary proceeding on December 8, 2010 to avoid the Debtor's transfers of $1,326,970.76 to the Texas Comptroller of Public Accounts under 11 U.S.C. §§547, 550 and 551.

Whereas, the Texas Comptroller of Public Accounts requests additional time to file its answer or to otherwise respond to the Complaint.

---

[a] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.

Therefore, the parties agree to extend the deadline for the Texas Comptroller of Public Accounts to file its answer or respond to the complaint to March 11, 2011.

| **LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.** | **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS** |
|---|---|
| By: /e/ Andrea M. Hauser <br>     Andrea M. Hauser, #207469 <br>     100 South Fifth Street <br>     Suite 2500 <br>     Minneapolis, MN 55402 <br>     (612) 332-1030 <br>     ahauser@losgs.com <br> Attorneys for Brian F. Leonard, Trustee | By: _____ <br>     John Mark Stern, #19175662 <br>     Assistant Attorney General <br>     Texas Attorney General's Office <br>     Bankruptcy & Collections Division MC008 <br>     P.O. Box 12548 <br>     Austin, TX 78711-2548 <br>     (512) 475-4868 <br>     John.Stern@oag.state.tx.us |
| Dated: February 8, 2011 | Dated: February 8, 2011 |

432648

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| In re: | BKY Case No.: 08-46367 |
| ARC Venture Holding, Inc., et al., | Chapter 7 (Jointly Administered) |
| Debtors.[1] | |

_____

| | |
|---|---|
| Brian F. Leonard, Trustee, | |
| Plaintiff, | Adv. No.: 10-4549 |
| vs. | **ORDER** |
| Texas Comptroller of Public Accounts, | |
| Defendant. | |

_____

This matter came before the Court on the stipulation of Brian F. Leonard, Trustee and Plaintiff, and the Defendant Texas Comptroller of Public Accounts dated February 8, 2011. Based on the stipulation and the Court being fully advised in the premises,

IT IS ORDERED that the Texas Comptroller of Public Accounts shall file its answer or otherwise respond to the complaint by March 11, 2011.

Dated: _____    _____
432831                                                                                 Nancy C. Dreher
                                                                                              United States Bankruptcy Judge

---

[1] Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.